| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | CAMIL A. SKIPPER<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone:   (916) 554-2709<br>Facsimile:    (916) 554-2900 |

**FILED**

AUG 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

SARAVY YEM and
ANGEL PANTOJA-LOPEZ,

    DEFENDANTS.

CASE NO. 2:11-MJ-00258-EFB

**ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS**

The arrest warrants in the above-captioned proceeding were executed on or about August 16, 2011. There is no need for the complaint and arrest warrant to remain under seal.

Accordingly, the United States requests that the Court unseal the complaint and arrest warrant in the above-captioned proceeding. *It is so ordered.*

Date: 8/17/11

*[signature]*
CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Concerning Government's ex Parte
Motion to Unseal Complaint and Arrest Warrants
[U.S. v. Yem et al., 2:11-MJ-258-EFB]