BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709
Facsimile: (916) 554-2900

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

AUG 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>SARAVY YEM and<br>ANGEL PANTOJA-LOPEZ,<br><br>DEFENDANTS. | CASE NO. 2:11-MJ-00258-EFB<br><br>ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL COMPLAINT AND ARREST WARRANTS |

The arrest warrants in the above-captioned proceeding were executed on or about August 16, 2011. There is no need for the complaint and arrest warrant to remain under seal.

Accordingly, the United States requests that the Court unseal the complaint and arrest warrant in the above-captioned proceeding. *It is so ordered.*

Date: 8/17/11

_____
CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Concerning Government's ex Parte
Motion to Unseal Complaint and Arrest Warrants
[*U.S.* v. *Yem et al.*, 2:11-MJ-258-EFB]