**FILED**
August 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br> ) <br> Plaintiff,      ) <br> v.      ) <br> ) <br> ANGEL PANTOJA-LOPEZ,      ) <br> ) <br> Defendant.      ) | CASE NUMBER: 2:11-mj-00258-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Angel Pantoja-Lopez</u>; Case <u>2:11-mj-00258-EFB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of _____

X Unsecured Appearance Bond in the amount of $25,000, co-signed by

*Elena Pantoja*

_ Appearance Bond with 10% Deposit

_ Appearance Bond secured by Real Property

_ Corporate Surety Bail Bond

X (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  8/17/11  at  3:25 pm .

By _____
Lawrence G. Brown
Sacramento Superior Court Judge