**FILED**
August 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>v.                            )<br>                              )<br>ANGEL PANTOJA-LOPEZ,          )<br>                              )<br>           Defendant.         )  | CASE NUMBER: 2:11-mj-00258-EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Angel Pantoja-Lopez</u>; Case <u>2:11-mj-00258-EFB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_      Release on Personal Recognizance

    \_      Bail Posted in the Sum of _____

    <u>X</u>      Unsecured Appearance Bond in the amount of $25,000, co-signed by

                *Elena Pantoja*

    \_      Appearance Bond with 10% Deposit

    \_      Appearance Bond secured by Real Property

    \_      Corporate Surety Bail Bond

    <u>X</u>      (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 8/17/11 at 3:25 pm.

By _____
Lawrence G. Brown
Sacramento Superior Court Judge