

**FILED**

SEP -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:    (916) 554-2709
   Facsimile:    (916) 554-2900
5
6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-mj-00258-EFB |
| Plaintiff, | [proposed] ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) |
| v. | |
| SARAVY YEM, and ANGEL PANTOJA-LOPEZ, | [proposed] PRELIMINARY HEARING: 9-28-2011 |
| Defendants. | |

   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on September 1, 2011.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

   The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

   THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The date of the preliminary hearing is extended to September 28, 2011, at 2:00 P.M.

2.  Defendants shall appear at that date and time before Magistrate Judge Kendall Newman.

IT IS SO ORDERED.

9/1/11
DATE

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge