```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANGEL PANTOJA-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SARAVY YEM, et al.,<br><br>  Defendants. | NO. CR. S-11-419-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>DATE: July 11, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

ANGEL PANTOJA-LOPEZ by and through his counsel, ANGELES ZARAGOZA, Assistant Federal Defender, SARAVY YEM, by and through his counsel, DINA L. SANTOS and the United States Government, by and through its counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby agree that the status conference set for May 15, 2013, be continued to July 11, 2013, at 9:30 a.m..

This continuance is being requested because defense counsel requires additional time to continue to research guideline issues and review discovery, including numerous DVD's which appear to be surveillance videos, discuss the case with the government, and pursue investigation.

Specifically, both defendant's were Indicted on September 22, 2011, with one count of Conspiracy to Steal Mail and 60 counts of Mail

Theft by a Postal Service Employee.  Additional investigation is required, including the possibility of going to the scene of the alleged thefts with both defendants which requires schedule coordinating and travel for Mr. Pantoja-Lopez who currently resides in San Diego.  Furthermore, the guidelines on these types of cases can be very complicated to evaluate, particularly the potential loss amount and the number of victims.  These main issues are currently being researched by defense counsel.  Counsel for the defendants will communicate with the government before the next status conference to discuss any possible outstanding discovery and to discuss plea negotiations, including guideline calculations.  This continuance is necessary for the ongoing preparation of counsel. The parties anticipate that this case will resolve without the need of a trial.

    Counsel, along with the defendants, agree that the time from the date of this order through July 11, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: May 2, 2013        Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender

                                    /S/ Angeles Zaragoza
                                    ANGELES ZARAGOZA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ANGEL PANTOJA-LOPEZ

/ / /

/ / /

|  |  |
|---|---|
|  | /S/ Angeles Zaragoza for<br>DINA L. SANTOS<br>Attorney for SARAVY YEM |
| DATE: May 2, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | /S/ Angeles Zaragoza for<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |

## O R D E R

IT IS HEREBY ORDERED that this matter is continued to Wednesday, July 11, 2013, at 9:30 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including July 11, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: May 8, 2013

Troy L. Nunley
United States District Judge