1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANGELES ZARAGOZA, #270198
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANGEL PANTOJA-LOPEZ
6

7                   IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )  NO. CR. S-11-419-TLN
                                   )
11              Plaintiff,         )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE AND EXCLUDING**
12      v.                         )  **TIME**
                                   )
13 SARAVY YEM, et al.,             )  DATE:  August 22, 2013
                                   )  TIME:  9:30 a.m.
14              Defendants.        )  JUDGE: Hon. Troy L. Nunley
                                   )
15 _____ )

16      ANGEL PANTOJA-LOPEZ by and through his counsel, ANGELES ZARAGOZA,

17 Assistant Federal Defender, SARAVY YEM, by and through his counsel,

18 DINA L. SANTOS and the United States Government, by and through its

19 counsel, MATTHEW G. MORRIS, Assistant United States Attorney, hereby

20 agree that the status conference set for July 11, 2013, be continued to

21 August 22, 2013, at 9:30 a.m..

22      This continuance is being requested because defense counsel

23 requires additional time to continue to research guideline issues and

24 review discovery, including numerous DVD's which appear to be

25 surveillance videos, discuss the case with the government, and pursue

26 investigation.

27      Specifically, both defendant's were Indicted on September 22,

28 2011, with one count of Conspiracy to Steal Mail and 60 counts of Mail

1   Theft by a Postal Service Employee.  Additional investigation is

2   required, including the possibility of going to the scene of the

3   alleged thefts with both defendants which requires schedule

4   coordinating and travel for Mr. Pantoja-Lopez who currently resides in

5   San Diego.  Furthermore, the guidelines on these types of cases can be

6   very complicated to evaluate, particularly the potential loss amount

7   and the number of victims.  These main issues are currently being

8   researched by defense counsel.  Counsel for the defendants will

9   communicate with the government before the next status conference to

10  discuss any possible outstanding discovery and to discuss plea

11  negotiations, including guideline calculations.  This continuance is

12  necessary for the ongoing preparation of counsel. The parties

13  anticipate that this case will resolve without the need of a trial.

14        Counsel, along with the defendants, agree that the time from the

15  date of this order through August 22, 2013, should be excluded in

16  computing the time within which trial must commence under the Speedy

17  Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable

18  time to prepare] and that the ends of justice served by this

19  continuance outweigh the best interests of the public and the

20  defendants in a speedy trial.

21  DATED: June 5, 2013          Respectfully submitted,

22                               HEATHER E. WILLIAMS
                                 Federal Defender
23
                                 /S/ Angeles Zaragoza
24                               ANGELES ZARAGOZA
                                 Assistant Federal Defender
25                               Attorney for Defendant
                                 ANGEL PANTOJA-LOPEZ
26

27  / / /

28  / / /

1                                    /S/ Angeles Zaragoza for
                                     DINA L. SANTOS
2                                    Attorney for SARAVY YEM

3

4    DATE: June 5, 2013              BENJAMIN B. WAGNER
                                     United States Attorney
5

6                                    /S/ Angeles Zaragoza for
                                     MATTHEW G. MORRIS
7                                    Assistant United States Attorney

8                                **O R D E R**

9

10

11      IT IS HEREBY ORDERED that this matter is continued to Thursday,

12   August 22, 2013, at 9:30 a.m., for further Status Conference.

13         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161

14   (h)(7)(B)(iv) and Local Code T4, the period from the date of this

15   stipulation up to and including August 22, 2013, is excluded from the

16   time computations required by the Speedy Trial Act due to ongoing

17   preparation of counsel, and that the ends of justice served by this

18   continuance outweigh the best interests of the public and the

19   defendants in a speedy trial.

20

21   Dated:  June 6, 2013

22

23

24                                   _____
                                     Troy L. Nunley
25                                   United States District Judge

26

27

28

                                     3