1 DINA L. SANTOS, Bar #204200
A Professional Law Corp.
2 428 J Street, Suite 359
Sacramento, California 95814
3 Telephone: (916) 447-0160

4

5 Attorney for Defendant
Saravy Yem

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        ) No. 2:11-CR-419 TLN
                                    )
12                   Plaintiff,     )
                                    ) STIPULATION AND ORDER VACATING
13        v.                        ) DATE, CONTINUING CASE, AND
                                    ) EXCLUDING TIME
14 SARAVY YEM,                      )
   ANGEL PANTOJA-LOPEZ,             )
15                   Defendants.    ) Date:   October 24, 2013
                                    ) Time:   9:30 a.m.
16 _____ ) Judge:  Hon. Nunley

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Robert Matthew Morris, Counsel for Plaintiff, and Attorney

20 Dina L. Santos, Counsel for Defendant SARAVY YEM; AND Attorney Doug

21 Beevers, Counsel for ANGEL PANTOJA-LOPEZ, that the status conference

22 scheduled for August 22, 2013, be vacated and the matter be continued

23 to this Court's criminal calendar on October 24, 2013 at 9:30 a.m, for

24 a further status conference.

25     This continuance is requested by the defense for client

26 consultation, investigation and negotiations between the prosecution

27 and defense regarding settlement. There are over 20 disks of

28 surveillance in this case and the amount of loss is difficult to

1    assess.   Attorney Doug Beevers is new to this case and will need time
2    to review discovery.   All counsel therefore seek additional preparation
3    time and time to negotiate a possible settlement.

4        **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6    3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7    ends of justice served in granting the continuance and allowing the
8    defendant further time to prepare outweigh the best interests of the
9    public and the defendant in a speedy trial.

10       The Court is advised that Ms. Santos has conferred with all
11   Counsel in this matter and that they have agreed to the October 24,
12   2013, date, and that all Counsel have authorized Ms. Santos to sign
13   this stipulation on their behalf.

17   **IT IS SO STIPULATED.**

19   Dated:  Aug. 16, 2013              /S/ Dina L. Santos
                                        DINA L. SANTOS
20                                      Attorney for Defendant
                                        Saravy Yem
21
22   Dated:  Aug. 16, 2013              /S/ Doug Beevers
                                        DOUG BEEVERS
                                        Attorney for Defendant
23                                      Angel Pantoja-Lopez

24
25   Dated:  Aug. 16, 2013              /S/ Matthew Morris
                                        MATTHEW MORRIS
                                        Assistant United States Attorney
26                                      Attorney for Plaintiff

1

2                              **O R D E R**

3      **IT IS SO ORDERED.**

4                  By the Court,

5

6   Dated: August 19, 2013

7                                           Troy L. Nunley
                                            United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order            3