HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ANGEL PANTOJA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL PANTOJA-LOPEZ, et al.,<br><br>Defendant. | NO. 2:11-CR-00419 TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:  January 9, 2014<br>TIME:   9:30 AM<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, DINA SANTOS, attorney for defendant SARAVY YEM, and DOUGLAS BEEVERS, attorney for defendant ANGEL PANTOJA-LOPEZ that the status conference hearing date of December 12, 2013 be vacated, and the matter be set for status conference on January 9, 2014 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to continue to research guideline issues and review discovery, including numerous DVD's which appear to be surveillance videos, discuss the case with the government,  pursue investigation, and to negotiate a resolution to this matter.

1    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

2    should be excluded from the date of signing of this order through and including January 9, 2014

3    pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

4    T4 based upon continuity of counsel and defense preparation.

5    Dated: December 10, 2013                    Respectfully submitted,

6                                                HEATHER E. WILLIAMS
                                                 Federal Defender
7
                                                 /s/ Douglas Beevers
8                                                DOUGLAS BEEVERS
                                                 Assistant Federal Defender
9                                                Attorney for Defendant
                                                 ANGEL PANTOJA-LOPEZ
10

11   Dated: December 10, 2013                    /s/ Dina Santos
                                                 DINA SANTOS
12                                               Attorney for Defendant
                                                 SARAVY YEM
13

14   Dated: December 10, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
15
                                                 /s/ Matthew Morris
16                                               MATTHEW MORRIS
                                                 Assistant United States Attorney
17                                               Attorney for Plaintiff

18

19                              **O R D E R**

20    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

21   December 12, 2013, status conference hearing be continued to January 9, 2014, at 9:30 a.m.

22   Based on the representation of defense counsel and good cause appearing there from, the Court

23   hereby finds that the failure to grant a continuance in this case would deny defense counsel

24   reasonable time necessary for effective preparation, taking into account the exercise of due

25   diligence.   The Court finds that the ends of justice to be served by granting a continuance

26   outweigh the best interests of the public and the defendant in a speedy trial.   It is ordered that

27   time up to and including the January 9, 2014 status conference shall be excluded from

28   computation of time within which the trial of this matter must be commenced under the Speedy

*U.S. v. Pantoja-Lopez*
Stipulation and Order

1    Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow

2    defense counsel reasonable time to prepare.

3    **IT IS SO ORDERED.**

4    DATED: December 11, 2013

5

6
                                        _____
7                                        Troy L. Nunley
                                        United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28