HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
ANGEL PANTOJA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:11-CR-0419-TLN-02 |
|---|---|
| Plaintiff, | **STIPLULATION AND ORDER TO AMEND JUDGMENT BY EXTENDING SELF-SURRENDER DATE** |
| vs. | |
| ANGEL PANTOJA-LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Defendant ANGEL PANTOJA-LOPEZ, by his counsel, Heather Williams, Federal Defender, through Douglas Beevers, Assistant Federal Defender, and Plaintiff United States of America, by its counsel Benjamin B. Wagner, through Assistant U.S. Attorney Matthew Morris, that the Judgment imposed in this case on May 22, 2014, sentencing PANTOJA-LOPEZ to 27 months in the Bureau of Prisons, with his self-surrender by Thursday June 19, 2014 at 2:00 p.m., **be amended to extend the self-surrender date to Thursday June 26, 2014 by 2:00 p.m.**, based upon the following:

PANTOJA-LOPEZ was working for Laser Electric, which had a lighting upgrade job at U.C. San Diego.  PANTOJA-LOPEZ gave notice for his last day with Laser Electric to be May 30, but his employer was not able to find someone to fill his position and asked PANTOJA-LOPEZ if he would continue work for a week to help finish the job.  PANTOJA-LOPEZ agreed so he would have 1 week's additional pay to give to his mother to help pay storage fees for his property, while thinking he'd still have enough time to pack and store all his belongings, contact

his credit card companies, etc., and make it to Sacramento to self-surrender by the current date. He did not.  He now realizes it would be easier on his mother to finish all this himself and he asks for 1 week more to finish all these tasks and get to Sacramento.

Defense counsel confirmed through PANTOJA-LOPEZ's pay stub that he worked the additional week.

THEREFORE, the parties move to extend the date for ANGEL PANTOJA-LOPEZ's self-surrender to Thursday, June 26, 2014 by 2:00 p.m.

SUBMITTED:  June 18, 2014.

> HEATHER E. WILLIAMS
> Federal Defender
>
> *s/ Douglas J. Beevers*
> DOUGLAS J. BEEVERS
> Assistant Federal Defender
> Attorneys for ANGEL PANTOJA-LOPEZ
>
> BENJAMIN B. WAGNER
> United States Attorney
>
> *s/ H. Williams for Matthew Morris*
> MATTHEW MORRIS
> Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY BY ORDERED, good cause appearing and upon the stipulations= of the parties and agreement of Probation,

The Judgment imposed May 22, 2014, **is hereby amended to extend the time for ANGEL PANTOJA-LOPEZ's self–surrender to Thursday, June 26, 2014 by 2:00 p.m**.  All other parts of the Judgment (Doc. 90) remain in full force and effect.

Date:  June 18, 2014

_____
Troy L. Nunley
United States District Judge