HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
ANGEL PANTOJA-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:11-CR-0419-TLN-02 |
| Plaintiff, | **2nd AMENDED MOTION TO CONTINUE RESTITUTION HEARING; ORDER** |
| vs. | |
| ANGEL PANTOJA-LOPEZ, | |
| Defendant. | |

Defendant ANGEL PANTOJA-LOPEZ, by his counsel, Heather Williams, Federal Defender, through Douglas Beevers, Assistant Federal Defender, moves the Court to continue the hearing date set for a restitution hearing in this case until September 4, 2014.  As grounds for the motion, Defendant Pantoja-Lopez states that he needs two additional weeks to obtain information which is necessary to determine the exact amount of restitution owing in this case. According to the undisputed facts in the pre-sentence report co-defendant Yem started stealing cellular telephones from the victim AT&T before the defendant became involved with the crime. It is therefore undisputed that the restitution amount for Mr. Pantoja-Lopez should be less than Mr. Yem's restitution award by at least one cellular telephone.  Mr. Yem is the only individual who knows how many telephones he stole before Mr. Pantoja-Lopez joined the conspiracy, and Mr. Yem is set to plead guilty on August 28, 2014.  Once Mr. Yem pleads guilty he will be obligated to attend a pre-sentence interview in which he will be required to explain the involvement of both participants.  Based on Mr. Yem's statements the Court will be easily able to determine the exact total of Mr. Pantoja-Lopez' restitution.  The difference is most likely less

than $3000, but the defendant is entitled to a correct restitution calculation.

In addition, Defense counsel needs to be out of town for the next two weeks for investigation to be prepared for the *United States v. Loomis* trial 2:12 CR 315 JAM. SUBMITTED:  August 19, 2014.

HEATHER E. WILLIAMS
Federal Defender

*s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorneys for ANGEL PANTOJA-LOPEZ

## ORDER

The Court finding that the parties agree that restitution in an amount of at least $87,000 must be ordered, and that the Defendant has requested a continuance to verify the exact dollar sum of restitution, IT IS HEREBY ORDERED that Defendant Pantoja-Lopez' motion to continue the restitution hearing until September 4, 2014 at 9:30 a.m. is granted.  The Court finds that Defendant's motion to continue tolls the 90 day statutory period to hold a restitution hearing.

Dated: August 20, 2014

_____
Troy L. Nunley
United States District Judge